NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5014

SPARTON CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 92-CV-580, Judge Edward J. Damich.

ON MOTION

## O R D E R

Upon consideration of Sparton Corporation's motion for a 21-day extension of time, until May 21, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.    No further extensions should be anticipated.

FOR THE COURT

_____
MAY 0 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Steven Kreiss, Esq.
      Gary L. Hausken, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 0 4 2010

**JAN HORBALY**
**CLERK**